No. 62940.—Inter-Maritime Forwarding Co., Inc. *v.* United States, protest 58/11220 (New York).

Opinion by Donlon, J. The protest was dismissed for lack of prosecution.

No. 62941.—Rohner, Gehrig & Co., Inc. *v.* United States, protest 58/9504 (New York).

Opinion by Donlon, J. An examination of the official papers showing that the protest was filed more than 60 days after liquidation, the protest was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

MARCH 31, 1959

No. 62942.—Hudson Shipping Co., Inc. *v.* United States, protest 58/2817(B).— Plaintiff's application for rehearing granted.

MARCH 30, 1959

No. 62943.—Suit 4967.—Stoeger Arms Corp. *v* United States.—A.R.D. 86 affirmed December 15, 1958. C.A.D. 696.

MARCH 31, 1959

No. 62944.—Suit 4947.—United States *v.* Loffredo Bros. and Gehrig Hoban & Co., Inc.— reversed December 15, 1958. C.A.D. 697.